## *April* Term, 1782.

### The STATE *againft* JACOBUS VANHUYS.

*On* Habeas Corpus *for Negro* Will *Claiming his Freedom.*

THE Court having heard the Arguments of Counfel on the Part of Negro Will, and the Reafons affigned for and againft his Freedom, and the Evidence in Support thereof : It is ordered by the Court that the faid Negro *Will* be, and he is hereby difcharged and fet Free from the faid Jacobus Vanhuys, on Motion of Mr Deare.

Kinfey, Elias Boudinot, and the Attorney General for the Negro.

Sergeant, and Paterfon, for Defendant.